# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE NOCO COMPANY, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>AUKEY TECHNOLOGY CO., LTD.,<br><br>　　　Defendant. | Case 1:20-cv-01174-SO |

## JOINT STATUS REPORT

Pursuant to the Court's August 17, 2022 Order [Dkt. 23], the parties, by and through their undersigned counsel, submit this status report concerning the *Inter Partes* Review of U.S. Patent No. 9,007,015 ("the '015 Patent") and subsequent Federal Circuit appeals.

On February 12, 2024, the Federal Circuit issued an order under Fed. Cir. R. 36 affirming the Board's findings in *Inter Partes* Review No. 2020-00944 with respect to the '015 Patent. If the Court has need of further information, the parties are available for a telephonic conference to provide the Court with any requested information.

Dated:  March 14, 2024                                              Respectfully Submitted,

/s/ Meredith M. Wilkes                                              /s/  Peter J. Curtin
Meredith M. Wilkes (0073092)                          Jay Campbell (0041293)
John C. Evans (0081878)                                   David A. Bernstein (0093955)
JONES DAY                                                            TUCKER ELLIS LLP
901 Lakeside Ave.                                                 950 Main Avenue Suite 1100
Cleveland, OH 44114                                           Cleveland, OH 44113
Tel: (216) 586-7231                                               Tel: 216.592.5000
Fax: (216) 579-0212                                             Fax: 216.592.5009
Email: mwilkes@jonesday.com                        Email: jay.campbell@tuckerellis.com
Email: jcevans@jonesday.com                         david.bernstein@tuckerellis.com

*Counsel for Plaintiff*                                            Peter J. Curtin (*Pro Hac Vice*)
                                                                               ANALECTS LEGAL LLC
                                                                               1212 S Naper Blvd., Suite #119 - PMB 238
                                                                               Naperville, IL 60540-7349
                                                                               Email: pcurtin@analectslegal.com
                                                                               Tel: 1.240.432.3267

                                                                               *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 14, 2024, I filed the foregoing document with the Clerk of the Court using the CM/ECF which will send a notice of electronic filing to all counsel of record.

                                         */s/ Meredith M. Wilkes*
                                         Meredith M. Wilkes

                                         *Attorney for Plaintiff The NOCO Company*